1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEROME TALLEY,<br><br>                              Plaintiff,<br>    v.<br><br>RONALD B. LEIGHTON,<br><br>                            Defendant. | No. C15-5724 RJB-KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)      The Court adopts the Report and Recommendation (Dkt. 3);

(2)      Plaintiff is directed to pay the $400.00 filing fee within **thirty (30) days** of this Order.

(3)      The Clerk is directed to send copies of this Order to Plaintiff

**DATED** this 24th day of November, 2015.

_____
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1