UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEROME TALLEY, | CASE NO. 15-5724 RJB |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| RONALD B. LEIGHTON, | |
| Defendant. | |

This matter comes before the Court on review of the record.  The Court has considered the file and is fully advised.

This case is one of fifteen other cases filed by Plaintiff in this district in the late fall of 2015.  Dkt. 3.

On November 24, 2015, a Report and Recommendation was adopted in this case, and Plaintiff's Application to Proceed *Informa Pauperis* ("IFP") was denied due to Plaintiff having over three strikes under 28 U.S.C. § 1915(g).  Dkt. 4.  Plaintiff was ordered to pay the filing fee or have the case dismissed.  *Id.*  The Order Adopting the Report and Recommendation (Dkt. 4) was returned to the Court as "undeliverable" (Dkt. 6) as were other pleadings in several of the

other cases (*See e.g. Talley v. Najolia*, Western District of Washington case 15-5707RJB, Dkts. 8, 10-11).  In his case against *Najolia,* Plaintiff was advised that, in accord with Local Rule W.D. Wash. 41(b)(2), he needed to inform the Court of his current mailing address within 60 days or have his case dismissed for failure to prosecute.  *Talley v. Najolia*, Western District of Washington case 15-5707RJB, Dkt. 9.  Accordingly, Plaintiff was on notice regarding Local Rule W.D. Wash. 41(b)(2)'s requirements.

To date, Plaintiff has failed to pay the filing fee or provide a current address to the Court.  This case **IS DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee and for failure to prosecute under Local Rule 41(b)(2).

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 9th day of February, 2016.

ROBERT J. BRYAN
United States District Judge